Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
Western District of Michigan
Southern Division

FILED - GR
January 3, 2023 1:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: YB / 1-3

Case No. _____
(to be filled i

1:23-cv-04
Jane M. Beckering
U.S. District Judge

Wayne Walker

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

William Walker
Jeff Sorenson, Roxanne Seeber, Tammy Schafer, Kim Kars-Bos, Carol DeHaan, Julie Johnston, Kalamazoo County Sheriff

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Wayne Walker |
   | Street Address | 1539 East B Avenue |
   | City and County | Plainwell, Kalamazoo |
   | State and Zip Code | MI 49080 |
   | Telephone Number | |
   | E-mail Address | wrnsew313@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
- Name: William Walker
- Job or Title *(if known)*:
- Street Address: 1539 East B Avenue
- City and County: Plainwell  Kalamazoo
- State and Zip Code: MI 49080
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 2**
- Name: Roxanne Seeber
- Job or Title *(if known)*: Legal Administrator
- Street Address: 470 W. Centre Ave
- City and County: Portage  Kalamazoo
- State and Zip Code: MI 49024
- Telephone Number: 269-382-4500
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name: Jack Wood, Kim Kars-Bos,
- Job or Title *(if known)*: Cooper Township
- Street Address: 1590 W. D Ave
- City and County: Kalamazoo  Kalamazoo
- State and Zip Code: MI 49009
- Telephone Number: 269-382-0223
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

A.     E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Life Liberty and the Pursuit of Happiness

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Wayne Walker Wayne R L[?], is a citizen of the State of *(name)* Michigan.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* Wayne Walker Wayne L Walk, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  The defendant, *(name)* _____, is a citizen of
  the State of *(name)* _____. Or is a citizen of
  *(foreign nation)* _____

 b. If the defendant is a corporation
  The defendant, *(name)* _____, is incorporated under
  the laws of the State of *(name)* _____, and has its
  principal place of business in the State of *(name)* _____.
  Or is incorporated under the laws of *(foreign nation)* _____,
  and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Acts of Terrorism, Harassment, and constant threats to family

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached pages for attacks and harassments.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see Attached pages for amounts.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

III. Statement of Claim

1. November 30, 2020 Susan Fulton got a letter from Jeff Sorensen over the condition of the yard and property. Discussed the situation and Jeff S. would not give any resolution but would get back with Wayne and Susan W. There was a ticket issued to Susan E. Fulton on December 21, 2020, later there was a court date issued for January 22, 2021, Jeff Sorensen didn't show up.
2. February 4, 2021, there was a blueish purple SUV that showed up to 1539 East B Avenue, Plainwell, MI. 49080 that pulled up to the end of the driveway with two gentlemen in the vehicle. Their names later identified as Jeff Sorensen, Cooper Township Supervisor and Jack Wood, Cooper Township Ordinance Enforcement. Mr. Sorensen stayed in the vehicle, as Mr. Wood exited the vehicle to approach a young man in the driveway requesting to speak with the homeowner. The young man asked him to please wait here as I go get homeowner. As the young man came to the house and knocked on the door, Wayne Walker answered the door and just as Wayne turned to look at his wife Sue Fulton to find out if she was expecting anyone, Mr. Wayne Walker turned back around to see Jack Wood had forced himself in the place where the young name stood. Jack made no attempt to introduce himself or why he was there he stated where's the homeowner. Jack then started yelling for the Susan Fulton as she was on the phone with her mother's nurse. Jack proceeds to try and force his way into the house by pushing against the door and tried to bully and rush Susan then Mr. Wayne Walker.
3. On July 23, 2021, there was mail being delivered to this address for a William Walker. Whom has never lived here in the last 31 years. In late August early September 2021, Mr. Wayne Walker called the cooper township over them receiving mail for someone by the name of William Walker. When he called, he was informed that someone would investigate it and get back to Mr. Walker or Susan Walker. Mr. Walker called again in mid-November with same results no response in any form. On December 10, 2021, a Judgement for a William Walker came in the mail and was accidentally opened thinking it was information for Wayne Walker from Kalamazoo District Court.
4. December 14, 2021 Mr. Wayne Walker called the Kalamazoo County District Clerk's office over the falsified judgement being sent, when the Clerk answered, she told Mr. Walker, He would have to call the Roxanne Seeber right away because of the lack of information for William Walker and this judgement would be illegal to serve if William Walker did not exist at that address and Roxanne S would have to return to court to address the issue.
5. December 15, 2021, to have everything, but one commercial trailer/storage and one trailer/inventory off property. Jack Wood showed up to the property with Jeff Sorenson and Craig McDonald and were told to produce William Walker as well as every time since then the whole enterprise as well as their hired gun men all were told to produce William Walker and have not even made any attempt to produce him. The same day that court dated that item had to be moved off property when Mr. Wood and Jeff Sorenson

told Wayne Walker he has until midnight tonight to have them moved if not they would forcibly remove it.

6. Mr. Wood left and came back on December 16, 2021, everything that was asked of us to be moved off the property was moved. Cooper Township has taken things off my property such as a 48' semi-trailer, tools, equipment, campers, debris, farm equipment and personal building material. Since Mr. Wood has been seen driving by the house anywhere between two to four times a day. Coming on the property when he thinks no one is home and removed the plates on all trailers, campers and vehicles. Mr. Wood has been harassing my wife Susan Walker and Myself. Jack Wood has called the police department and fire department on us for burning brush in our back yard.

7. April 13, 2022, Nate Wolf came out to the house with Jack Wood as he was told to do. Mr. Wood ordered Nate Wolf to follow him to grab items they were out there to get, Nate stuck up for Wayne and Susan Walker by telling Jack Wood that you told them that if they got the trailers and the camper trailers plated, they could keep them on their property. Mr. Wood told Mr. Wolf to start grabbing the wood, building material and a few other things since that's what he was hired to do. We were told that we had to remove campers due to the plates being stolen off of them. We report it to the state police after we were told by someone else that Mr. Jack Wood was here removing the plates from both the campers. Jack Wood told everyone there that day that he has been on the property at least 5 times prior today.

8. We were informed that if the semi-trailer had at least two good tires on it and was able to be moved and properly plated that we would be allowed to keep the semi-trailer on property. Mr. Wood also told them that he has the right to go on anyone's property when he so choices even with having "No Trespassing" signs posted on the property since he is an Ordinance Enforcement officer those laws don't apply to him.

9. June 27, 2022, Jack Wood said he didn't say that if the semi-trailer was plated, they could keep it on the property, that they as in Susan and Wayne Walker would only be able to plate the semi-trailer long enough to move the item to a different location. That day Cooper Township had McDonald's Towing Haul away the semi-trailer, meanwhile damaging trees and my yard. Roxanne C. Seeber and Cooper Township are the ones who brought up the name William Walker. William Walker doesn't live on this property. The name William Walker doesn't even come up in the courthouse data base except for his name and address, there's no driver license, social security number or phone number for this guy.

10. Roxanne and Cooper Township knows that there's no one by that name that lives or even owns this property 1539 East B Avenue, Plainwell, MI. 49080, but they have refused to fix the problem. Cooper Township has brought in Craig McDonald (owner of McDonald's Towing) to have my stuff towed out of the property. Cooper Township brought in William Walker after they lost the case against Susan Walker (Fulton). Cooper Township held a zoning meeting without letting us know about it being held against our property. We didn't know until after it was already done, we went down to appeal it and they said it would be almost $1,000 just to start thee appeal process.

11. We were never invited nor talked about the zoning meeting that was being held against us. Then they wrote us a letter and their evidence were based on highly vindictively motived, non-substantial, vindicated allegation. I have lost a lot of time, energy, resources and money with everything they have done and are continuing to do. I have been pulled away from jobs or had to cancel due to the problems they are all causing right now and in the past. Suggesting that someone investigates the other cases that Roxanne Seeber are involved in past and currently. We are asking for a full investigation against Roxanne and all her criminal Enterprise has done and still doing in the past and currently. We are asking you a full investigation in on Jeff Sorensen since he has been in office as well as Roxanne Seeber since she has become an officer of the court and Jack Wood since he has been Cooper Township Ordinance Enforcement Office. Jeff Sorensen, Roxanne Seeber, Tammy Schafer, Kim Kars-Bos, Carol DeHaan, Julie Johnston and their hired gunmen dressed as Kalamazoo County Sheriff Deputies but working as deviant subservient apparently serving William Walker. Who are using their forms of employment to defraud Michigan property owners in different Townships of their constitutional and civil rights that they don't have to regard for the people they are supposed to be serving, with no thoughts of their consequences or actions nor how they would impact to those they have sworn to help improve their happiness and enjoyment of to their communities have committed acts that appear to portray more of acts terrorism and not acts of leadership and where the goal is in communities of encouragement.

IV. Damages:

- Clean up - $5,500,000.00
- Trailer - $7,500,000.00
- Labor - $105,000,000.00
- Property Damage - $75,000,000.00

Punitive Damages

Enterprise Labor

- Craig McDonald-$275,000,000.00
- Terry Kize- $50,000,000.00
- Don Tinkey- $50,000,000.00
- Larry Bandley- $50,000,000.00

Hired Gunmen
- Patrick Braidwood- $100,000,000.00
- Alan Miller- $100,000,000.00
- Mudd- $100,000,000.00
- Ron Garrett- $100,000,000.00

Enterprise Office Support
- Carol DeHaan- $1,500,000,000.00
- Kim Kars-Bos- $1,500,000,000.00
- Julie Johnston- $1,500,000,000.00

Enterprise Supervision/Management

- Jeff Sorensen- $1,750,000,000.00
- Roxanne Seeber- $1,750,000,000.00
- Jack Wood- $1,750,000,000.00
- Tammy Schafer- $2,000,000,000.00
- William Walker- $2,500,000,000.00

Enterprise Affiliated Members- $75,000,000.00 that will possibly be added and named