UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE WALKER,

     Plaintiff,

                                          Case No. 1:23-cv-4

v.

                                          HON. JANE M. BECKERING

WILLIAM WALKER, et al.,

     Defendants.

_____/

## **JUDGMENT**

     In accordance with the Opinion and Order entered this date:

     **IT IS HEREBY ORDERED** that the Amended Complaint is DISMISSED.

     This matter is closed.


Dated:  April 19, 2023                           /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge